IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                              CHAPTER 13

COREY LAMONT COLEMAN                                CASE NO. 13-12257 NLJ

      Debtor(s).

---

OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN
Tue Sep 24, 2013

---

    COMES NOW THE CHAPTER 13 TRUSTEE AND OBJECTS TO THE CONFIRMATION OF THE DEBTOR(S)' PROPOSED AMENDED CHAPTER 13 PLAN PURSUANT TO 11 U.S.C. SECTION 1325.  IN SUPPORT OF HIS OBJECTION TO CONFIRMATION OF AMENDED PLAN, THE TRUSTEE STATES AS FOLLOWS:

    *   THE PROPOSED PLAN IS NOT FEASIBLE.

    BECAUSE THE DEBTOR HAS PROPOSED AN UNCONFIRMABLE PLAN THE TRUSTEE WOULD REQUEST THIS COURT DENY CONFIRMATION OF THE PROPOSED AMENDED CHAPTER 13 PLAN FOR SUCH OTHER FURTHER RELIEF AS THE COURT DEEMS TO BE IN THE BEST INTERESTS OF THE CREDITORS OF THIS ESTATE.

                                       s/ John Hardeman
                                       _____
                                       John Hardeman, Trustee
                                       321 Dean A. McGee Avenue
                                       P.O. Box 1948
                                       Oklahoma City, OK 73101
                                       13trustee@chp13okc.com
                                       Tel: (405)236-4843
                                       Fax: (405)236-1004

CERTIFICATE OF MAILING

THIS IS TO CERTIFY THAT ON 08/26/2013 A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT WAS MAILED BY FIRST-CLASS MAIL, POSTAGE PREPAID, TO ALL PARTIES LISTED ON THE ATTACHED ADDRESS LIST.

s/John Hardeman
_____
John Hardeman, Trustee

#668/MR